UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO.: 3:15cr231 |
| Plaintiff, | : | |
| v. | : | |
| ADAM SIEGEL, | : | |
| Defendant. | : | MARCH 1, 2016 |

## MOTION TO MODIFY CONDITIONS OF RELEASE ON CONSENT

The defendant, Adam Siegel, respectfully files this motion to modify the conditions of his release (Doc. No. 23) to add the following countries to the list of countries he is allowed to travel to for work purposes only subject to the Conditions of Release (Doc. No. 23): Colombia, Canada, Spain, Guadalupe, and Qatar.

The U.S. Probation Office consents to this motion. The U.S. Attorney's Office consents to this motion.

On December 21, 2015, Mr. Siegel entered his guilty plea pursuant to a plea agreement to Count One of the information charging him with a violation of 18 U.S.C. § 871. On the same day, Mr. Siegel signed a cooperation agreement with the U.S. Attorneys' Office.

Mr. Siegel is the 37 year old married father of four children. He resides with his wife and four children in Greenwich, Connecticut. He is currently employed and is the sole provider for his family. Mr. Siegel is a citizen of the United States. He has lived in the United States his entire life. Prior to his guilty plea before this Court, he had no criminal history. He does not present a risk of flight.

Mr. Siegel's work requires that he travel internationally. At the plea hearing, the Honorable Donna F. Martinez entered an order setting Mr. Siegel's Conditions of Release (Doc. No. 23). In relevant part, the Conditions of Release provides that Mr. Siegel must abide by the following restrictions on his international work travel (Condition 7(f)):

> [I]in connection with business only – the def[endant] may travel to Bermuda, Barbados, Costa Rica, the Caymans, D.R. [Dominican Republic], U.K. [United Kingdom], Haiti, Panama, Chile, Cuba, Trinidad & Tabago, Jamaica, Mexico, Bahamas, Turks & Caicos, the def[endant] must seek permission & approval of USPO at least 72 hours in advance of any travel, if the def[endant] gets short notice for travel, 48 hours may be allowed for USPO approval in these situations only.

Doc. No. 23 at 2.

Because Mr. Siegel's work now requires that he travel to Colombia, Canada, Spain, Guadalupe, and Qatar, Mr. Siegel respectfully requests that his Conditions of Release be amended to include these countries as permissible destinations for work travel subject to the conditions set out in the Conditions of Release.

Mr. Siegel has met in person with U.S. Probation to discuss this proposed change, explained the purpose of the travel, and U.S. Probation consents.

For the foregoing reasons, Mr. Siegel respectfully requests the aforementioned modifications to his conditions of release (Doc. No. 23).

        Respectfully submitted,


By:  <u>*/s/Nuala E. Droney*</u>
     Nuala E. Droney (ct27192)
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT 06103
     Tel. (860) 275-8346
     Fax. (860) 275-8299
     Email: ndroney@rc.com


     Jonathan D. Polkes, *pro hac vice*
     Christopher L. Garcia, *pro hac vice*
     Raquel Kellert, *pro hac vice*
     Weil, Gotshal & Manges, LLP - NY
     767 Fifth Avenue
     New York, NY 10153-0119
     212-310-8264
     212-310-8007 (fax)
     jonathan.polkes@weil.com
     christopher.garcia@weil.com
     raquel.kellert@weil.com

     Counsel for Mr. Siegel

**CERTIFICATE OF SERVICE**

  This is to certify that a true and accurate copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              */s/Nuala E. Droney*
              Nuala E. Droney